STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1545 consolidated with CA 03-1544

DOUGLAS GUIDRY AND BERNADETTE GUIDRY

VERSUS

BAYOU JACK LOGGING, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 77,617 C/W 77,587
HONORABLE JULES DAVID EDWARDS III, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, C.J., Sylvia R. Cooks, and Oswald A. Decuir, Judges.

AFFIRMED IN PART; REVERSED IN PART;
AND RENDERED.

Jerry Joseph Falgoust
Dauzat, Falgoust, Caviness and Bienvenu, L.L.P.
P. O. Box 1450
Opelousas, LA 70571-1450
Telephone: (337) 942-5811
COUNSEL FOR:
    Defendants/Appellants - Republic Vanguard Insurance Company,
    Kenneth Guillot and Bayou Jack Logging

Christopher Shannon Hardy
Penny & Hardy
P. O. Box 2187
Lafayette, LA 70502-2187
Telephone: (337) 231-1955
COUNSEL FOR:
    Defendant/Appellant - Republic Vanguard Insurance Company
Frederick Lewis Welter

**P. O. Box 635**
**Rayne, LA 70578-0635**
**Telephone:  (337) 334-8951**
**COUNSEL FOR:**
      **Secondary Plaintiffs/Appellants - Barry Hornsby, Larry Hornsby,**
      **Douglas Guidry, and Bernadette Guidry**

THIBODEAUX, Chief Judge.

For the reasons discussed in the consolidated case of *Hornsby v. Bayou Jack Logging, et al*, 03-1544 (La.App. 3 Cir. ___/___/20__), ____ So.2d ____, the judgment of the trial court is affirmed. Costs of the appeal are assessed to the defendants.

**AFFIRMED IN PART; REVERSED IN PART; AND RENDERED.**

1